UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

UNITED STATES OF AMERICA )
)
v. ) 4:21-cr- 14
) Judge Atchley
JASON MICHAEL NEWSOM ) Magistrate Judge Steger

**INDICTMENT**

**COUNT ONE**

The Grand Jury charges that on or about October 20, 2020, in the Eastern District of Tennessee, the defendant, JASON MICHAEL NEWSOM, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, firearms, in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO**

The Grand Jury further charges that on or about October 20, 2020, in the Eastern District of Tennessee, the defendant, JASON MICHAEL NEWSOM, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT THREE

The Grand Jury further charges that on or about October 20, 2020, in the Eastern District of Tennessee, the defendant, JASON MICHAEL NEWSOM, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

The Grand Jury further charges that from between on or about October 2019, until on or about October 20, 2020, in the Eastern District of Tennessee and elsewhere, the defendant, JASON MICHAEL NEWSOM, and others known and unknown to the Grand Jury, did combine, conspire, confederate, and agree to knowingly and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

## COUNT FIVE

The Grand Jury further charges that on or about October 17, 2020, in the Eastern District of Tennessee, the defendant, JASON MICHAEL NEWSOM, did knowingly possess a machine gun, that is, an M-16 type, 5.56x45mm caliber, no manufacturer marks or serial number machine gun, in violation of Title 18, United States Code, Section 922(o).

## NOTICE OF ENHANCED PENALTIES

Before the defendant, JASON MICHAEL NEWSOM, committed the offenses charged in this Indictment, the defendant had at least two final serious drug felony convictions, for which he served at least 12 months in custody and was released from custody no more than 15 years before the commencement of the offenses charged in this indictment. As a result, the defendant, JASON MICHAEL NEWSOM, is subject to an enhanced penalty under Title 21, United States Code, Sections 841(b)(1)(C) and 851.

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts One through Five of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1) and/or 922(o), as set forth in this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense including, but not limited to the following:

### FIREARMS AND AMMUNITION

- Ruger, SR22P, .22 caliber semi-automatic pistol.
- Glock, 22, 40 S & W semi-automatic pistol.
- Browning BT-99 Plus 12-gauge shotgun.
- M-16 type, 5.56x45mm caliber, no manufacturer marks or serial number machine gun.
- Ammunition.

3. Upon conviction of an offense in violation of Title 21, United States Code, Section 841 and/or 846, as set forth in this Indictment, the defendant shall forfeit to the United States of America pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense including, but not limited to, the following:

**FIREARMS AND AMMUNITION**

- Ruger, SR22P, .22 caliber semi-automatic pistol.
- Glock, 22, 40 S & W semi-automatic pistol.
- Browning BT-99 Plus 12-gauge shotgun.
- M-16 type, 5.56x45mm caliber, no manufacturer marks or serial number machine gun.
- Ammunition.

4. If any of the properties described above, as a result of any act or omission of the defendant:

 a. cannot be located upon the exercise of due diligence;

 b. has been transferred or sold to, or deposited with, a third party;

 c. has been placed beyond the jurisdiction of the court;

 d. has been substantially diminished in value; or

 e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

Francis M. Hamilton III
Acting United States Attorney

By: Steven S. Neff
Assistant U.S. Attorney

Page 5 of 5

Case 4:21-cr-00014-CEA-CHS   Document 1   Filed 04/27/21   Page 5 of 5   PageID #: 5